**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| MIKEL R. PORTER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:23-cv-00068-SEP |
| | ) |
| UNKNOWN LUDWICK, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

Before the Court is Plaintiff's motion for extension of time to provide the Court with an inmate account statement, Doc. [6]. For the reasons set forth below, the motion is denied.

Plaintiff, an inmate in Missouri Eastern Correctional Center, filed this action on January 20, 2023, alleging violations of his civil rights under 42 U.S.C. § 1983. Doc. [1]. On February 21, 2023, the Court ordered Plaintiff to file an amended complaint on a Court-provided form and an inmate account statement. Doc. [3]. Plaintiff's amended complaint and account statement were due no later than March 14, 2023. *Id.* Plaintiff failed to comply with the Court's Order, and on March 20, 2023, the Court dismissed the case without prejudice. Doc. [4]; *see also* Fed. R. Civ. P. 41(b).

Plaintiff's motion seeking an extension of 30 days to provide an inmate account statement is seven months late and was filed after the case was closed. Plaintiff also failed to file an amended complaint. For those reasons, Plaintiff's motion for an extension of time to file his inmate account statement is denied. If Plaintiff wishes to pursue his claims, he must file a new case.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion for extension of time to file an inmate account statement in this closed matter, Doc. [6], is **DENIED.**

**IT IS FURTHER ORDERED** that an appeal of this Order would not be taken in good faith.

Dated this 6th day of December, 2023.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE